

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NJM
F. #2017R01457

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 29, 2021

<u>By ECF</u>

The Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Semeo Doe
     <u>Criminal Docket No. 19-218 (CBA)</u>

Dear Judge Amon:

  The government writes to request an adjournment of the status conference previously scheduled for March 30, 2021. The government is presently evaluating the expert report prepared by the defendant's expert and a summary of the defendant's medical records, which was received on March 22, 2021. The government hopes to finalize its analysis of these records so that it can report to the Court whether it will move to dismiss the defendant's pending indictment shortly, but not prior to March 30, 2021.

  The government has conferred with defense counsel, who consents to an adjournment and to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, to allow the government to evaluate the materials submitted to determine whether a dismissal is

appropriate.  Both parties are available for a conference on the morning of April 8, 2021, and at the Court's convenience on April 14 and April 15, 2021.

                              Respectfully submitted,

                              MARK J. LESKO
                              Acting United States Attorney

By:    /s/ Nicholas J. Moscow
                              Nicholas J. Moscow
                              Assistant U.S. Attorney
                              (718) 254-6212

cc:  Kannan Sundaram, Esq.