Clerk's Office
Filed Date:

4/14/2021
03:41 PM

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

RTP:NJM
F.#2017R01457

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

SEMEO DOE,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

DISMISSAL ORDER

Criminal Docket No. 19-218 (CBA)

        Upon the application of MARK J. LESKO, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Nicholas J. Moscow, on behalf of the United States of America, it is hereby

        ORDERED that the Indictment as to the defendant SEMEO DOE is hereby dismissed without prejudice.

Dated:    Brooklyn, New York
           April 14, 2021

                                              s/Carol B. Amon
                                      HONORABLE CAROL BAGLEY AMON
                                      UNITED STATES DISTRICT JUDGE
                                      EASTERN DISTRICT OF NEW YORK